IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**TIFFANY AUTUMN JONES**  **PLAINTIFF**
**ADC #712054**

VS.  4:18-CV-00519-BRW

**GREG NAPIER, Officer,**  **DEFENDANT**
**Fort Smith Police Department**

## ORDER

Plaintiff Tiffany Autumn Jones, who is currently in custody at the Washington County Detention Center, filed a motion to proceed *in forma pauperis*.[1] She also filed a complaint raising issues about her arrest by Defendant Greg Napier, an Officer with the Fort Smith Police Department.[2]

This case is currently pending in the Eastern District of Arkansas. Fort Smith, however, is located in the Western District of Arkansas. Based on the defendant named and the allegations made, the interests of justice would best be served by transferring this case to the Western District of Arkansas.[3] The Clerk of Court is directed to transfer Plaintiff's entire case file immediately to the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED this 14th day of August, 2018.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 1.

[2] Doc. No. 2, at 1.

[3] 28 U.S.C. § 1406(a); 28 U.S.C. § 1391(e).